IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

BRYAN L. JONES,     *

         Plaintiff,     *

v.     Case No. 7:23-CV-16(HL)

    *

Deputy Warden MARCUS, et al,

    *

         Defendants.

    *

## JUDGMENT

Pursuant to this Court's Order dated May 22, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 22nd day of May, 2023.

         David W. Bunt, Clerk

         s/ Robin L. Walsh, Deputy Clerk